# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3664

_____

Linda Cooper-Igwebuike, Rev.,     *
                                 *

         Appellant,             *

                                 *    Appeal from the United States

     v.                           *    District Court for the

                                 *    Eastern District of Arkansas.

United Methodist Church,       *

                                 *        [UNPUBLISHED]

         Appellee,              *

                                 *

Janice Riggle Huie, Bishop,      *

                                 *

         Defendant.           *

_____

Submitted: December 7, 2005
Filed: December 27, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

The Reverend Linda Cooper-Igwebuike appeals the district court's[*] dismissal with prejudice of her Title VII action. Having reviewed the record de novo, we agree the district court lacked subject matter jurisdiction, because the case fell under the ministerial exception to Title VII. See Scharon v. St. Luke's Episcopal Presbyterian

_____

[*]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

Hospitals, 929 F.2d 360 (8th Cir. 1991). Moreover, we fail to see how Cooper-Igwebuike was prejudiced by the district court's failure to consider her motion for appointed counsel before dismissing the action. See Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1005 (8th Cir. 1984). Accordingly, we affirm. See 8th Cir. R. 47B.

_____